IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

_____

CARLOS DIAZ,

    Plaintiff,

v.   No. CIV 99-1371 BB/DJS

STATE OF NEW MEXICO, NEW MEXICO STATE POLICE, DEPARTMENT OF PUBLIC SAFETY, and OFFICER PAUL TASHASH, Individually, Jointly and Severally,

    Defendants.

### MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY LAW FIRM

THIS MATTER is before the Court on Plaintiff's Motion to Disqualify Lawyer and Associate Law Firm, and the Court finding absolutely no merit will DENY the motion and caution Plaintiff pro se against such tactics.

### *Discussion*

Plaintiff pro se filed this motion based on the following allegations:

    2.    Lawyer Barbara Pryor is representing other defendants in another lawsuit by the Plaintiff and other parties in this same court.

>    3.   On May 4, 2000, in a rule 16 hearing primarily held for case file management of the instant case, this lawyer insisted upon giving a preview of a totally unrelated Title 42 case filed by Plaintiff, which she was defending, during the rule 16 hearing before Magistrate Don Svet.
>
>    4.   Over the vigorous objection of Plaintiff, the Magistrate overruled Plaintiff, violating his due process rights, and permitted lawyer Pryor to continue with her preview of the totally unrelated case.

Pl.'s Mot. Disqualify at 1-2.

It goes without saying Plaintiff cites no law to support the assertion this conduct violated his constitutional rights. Rather, he cites various sections of the Code of Professional Responsibility which he considers to have been violated. Rather than violating disciplinary rules, however, investigating the prior litigation by pro se parties is recommended. *See* Scott Garland, *Avoiding Goliath's Fate: Defeating a Pro Se Litigant*, GP SOLO & SMALL FIRM LAWYER (Sept. 1998 ABA Trial Practice Section). Plaintiff should therefore refrain from filing frivolous motions as he is subject to serious judicial sanctions. *Vukadinovich v. McCarthy*, 901 F.2d 1439, 1445 (7th Cir. 1990), *cert. denied*, 498 U.S. 1050 (1991); *Baasch v. Reyer*, 846 F. Supp. 9, 11 (E.D.N.Y. 1994); *Thomas v. Taylor*, 138 F.R.D. 614,, 617 (S.D. Ga. 1991).

## O R D E R

For the above stated reasons, Plaintiff's Motion to Disqualify Lawyer and Associate Law Firm is DENIED.

Dated at Albuquerque this 22nd day of December, 2000.

                                              **BRUCE D. BLACK**
                                              United States District Judge

**Plaintiff pro se:**
      Carlos Diaz, Albuquerque, NM

**Counsel for Defendant:**
      Barbara Pryor, McCary, Wilson & Pryor, Albuquerque, NM